UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 05-08953 DMG (PLAx)** | Date | September 11, 2014 |
| Title | *US Philips Corporation v. KXD Technology, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff(s)         Attorneys Present for Defendant(s)
None Present                                              None Present

**Proceedings: IN CHAMBERS—ORDER AWARDING PLAINTIFF U.S. PHILIPS CORPORATION'S ATTORNEYS' FEES AND COSTS**

     This matter is before the Court on Plaintiff U.S. Philips Corporation's ("Philips") Motion for Attorneys' Fees and Costs. On August 26, 2014, the Court granted in part Plaintiff Philips' Motion for Attorneys' Fees and Costs, to the extent it concerned fees and costs incurred in investigating and litigating its Motion for Contempt. [Doc. # 567.] The Court ordered Philips to file an amended declaration with an itemized accounting of fees and costs relating only to the March 25, 2010 Motion for Contempt and subsequent appeals.

     On August 27, 2014, Philips' attorney, Robert W. Pitts, submitted a declaration with an itemized accounting of fees and costs relating to the Motion for Contempt. [Doc. # 568.] KBC Bank has not disputed the hourly rate claimed by Philips' counsel. Having reviewed the Pitts declaration and the attached itemized accounting of fees and costs, the Court finds that the lodestar amount and costs claimed are reasonable. The Court therefore **GRANTS** Philips' request for **$269,758.00 in fees** and **$2,467.84 in costs**, for a total of **$272,225.84** to be paid to Plaintiff U.S. Philips Corporation by non-party KBC Bank N.V. relating to Philips' prosecution of the Motion for Contempt.

**IT IS SO ORDERED**.